IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                    **INFORMATION**

                                                      5:19mj 49-mJF

**RICHARD L. HART**

_____/

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

On or about May 9, 2019, in the Northern District of Florida, and within the

special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air

Force Base, Florida, the defendant,

**RICHARD L. HART,**

did unlawfully drive and was in actual physical control of a vehicle while under the

influence of alcoholic beverages or a substance with a breath-alcohol level of .15

or more grams of alcohol per 210 liters of breath, set forth in Section 877.111 or

controlled by Chapter 893, Florida Statutes, while affected to the extent that his

normal faculties were impaired, in violation of Section 316.193, Florida Statutes,

and Title 18, United States Code, Sections 7 and 13.

## COUNT TWO

On or about May 9, 2019, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

## RICHARD L. HART

did unlawfully operate a motor vehicle with a suspended license while knowing that his license was suspended in violation of Section 322.34, Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

## COUNT THREE

On or about May 9, 2019, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

## RICHARD L. HART,

did intentionally and knowingly possess Marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

## COUNT FOUR

That on or about May 9, 2019, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

2

## RICHARD L. HART,

did possess an open container of an alcoholic beverage or consume an alcoholic

beverage while in or on a motor vehicle, in violation of Section 316.1936, Florida

Statutes, and Title 32, Code of Federal Regulations, Section 634.25.


_____
LAWRENCE KEEFE
United States Attorney

_7-15-19_____
DATE

3